**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MOHAMMED NAZIR BIN LEP,**

    **Petitioner,**

      **v.**

**JOSEPH R. BIDEN et al.,**

    **Respondents.**

**Civil Action No. 20-3344 (JDB)**

---

## ORDER

Upon consideration of [105] the parties' joint status report, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern future proceedings:

1. Petitioner shall file his motion for discovery by not later than March 14, 2022.

2. Respondents shall respond to petitioner's discovery motion and file any other motions regarding petitioner's motion by not later than April 14, 2022.

3. Petitioner shall file his reply in further support of his discovery motion and his response to respondents' other motions by not later than May 19, 2022.

4. Respondents shall file their reply in further support of their other motions by not later than June 2, 2022.

**SO ORDERED**.

                                /s/
                          JOHN D. BATES
               United States District Judge

Dated:  January 28, 2022